ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 OCT 18 PM 3: 04

CLERK _L. Flanders_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| SEAN H. FOX, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 305-034 |
| | ) |
| MICHAEL V. PUGH, Warden, | ) |
| McRae Correctional Facility, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the **STAY** in this case is **LIFTED**, the petition is **DENIED**, and this civil action shall be **CLOSED**.

SO ORDERED this 18th day of October, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE